# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **JESSICA COLE** and **KAREN WERNER**, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs,*<br><br>v.<br><br>**VOLKSWAGEN GROUP OF AMERICA, INC.** a New Jersey corporation, and **VOLKSWAGEN AG**, a foreign corporation,<br><br>    *Defendants.* | Case No.: 4:20-cv-2085<br><br>**[PROPOSED]** ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER |

    IT IS HEREBY ORDERED, that Civil Action Group, Ltd., d/b/a APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, VOLKSWAGEN AG in Germany.

    Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

**ORDERED** this  7th  day of  March   , 2020.

                                              */s/ Haywood S. Gilliam Jr.*
                                              UNITED STATES DISTRICT JUDGE,
                                              NORTHERN DISTRICT OF CALIFORNIA