Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COLE, et al.,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., et al.,<br><br>                    Defendant(s). | Case No: 4:20-cv-02085-HSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER<br>(CIVIL LOCAL RULE 11-3) |

   I, Homer B. Ramsey, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Volkswagen Group of America, Inc. in the above-entitled action. My local co-counsel in this case is Craig L. Winterman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>125 Broad Street<br>New York, NY 10004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>10250 Constellation Blvd., Suite 100<br>Los Angeles, CA 90067 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 471-8500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 553-0451 |
| MY EMAIL ADDRESS OF RECORD:<br>HRamsey@herzfeld-rubin.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>cwinterman@hrllp-law.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2857902.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated:  05/05/20

                                                                                Homer B. Ramsey
                                                                                APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Homer B. Ramsey is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  5/15/2020

                                                                                *[signature: Haywood S. Gilliam Jr.]*
                                                                                UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Homer Baharvar Ramsey** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 4th day of February 1998, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 28, 2019.



*Aprilanne Agostino*
Clerk of the Court

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **HOMER B RAMSEY** (No. **042661997**) was constituted and appointed an Attorney at Law of New Jersey on **March 02, 1998** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **19TH** day of **August**, 20 **19**.

Clerk of the Supreme Court

-453a-