**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JESSICA COLE and KAREN WERNER,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**VOLKSWAGEN GROUP OF AMERICA, INC.** a New Jersey Corporation, and **VOLKSWAGEN AG,** a foreign corporation<br>Defendants. | CASE NO. 4:20-cv-02085-HSG<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS, AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED FILINGS |

The parties have stipulated to modify the briefing schedule relating to defendant Volkswagen Group of America, Inc.'s ("VWGoA") motion to dismiss Plaintiffs' Complaint, anticipated to be filed by July 3, 2020, with a hearing date to be scheduled on September 3, 2020. The parties' stipulation is GRANTED.

The opposition to said motion shall be filed by Plaintiffs no later than August 3, 2020, and VWGoA's reply to the opposition shall be filed no later than August 20, 2020.

The parties have further stipulated to continue the Case Management Conference from June 23, 2020 to a date after the Court hears VWGoA's motion to dismiss the Complaint so that the parties may determine which, if any, claims are at issue in this action, or alternatively to September 3, 2020 at 2:00 P.M. The parties' stipulation is GRANTED.

The Case Management Conference is continued from June 23, 2020 to September 3rd at at 2:00 p.m. to be heard with VWGoA's motion to dismiss the Complaint. The filing date for Rule 26 (f) Report and Joint Case Management Statement are extended accordingly.

Dated: 6/5/2020

*Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
U. S. District Court Judge