1  Michael B. Gallub
   (admitted *pro hac vice*)
2  Email: *mgallub@herzfeld-rubin.com*
   Homer B. Ramsey
3  (admitted *pro hac vice*)
4  Email: *hramsey@herzfeld-rubin.com*
   **Herzfeld & Rubin, P.C.**
5  125 Broad Street
   New York, NY 10004
6  Telephone (212) 471-8500

7
   Craig L. Winterman (Bar No. 75220)
8  Email: *cwinterman@hrllp-law.com*
   **Herzfeld & Rubin LLP**
9  10250 Constellation Boulevard, Suite 100
   Los Angeles, CA 90024
10 Telephone (310) 553-0451

11
   *Counsel for Volkswagen Group of America, Inc.*
12
   Crystal Foley (Bar No. 224627)
13 Email: *cfoley@simmonsfirm.com*
   **Simmons Hanly Conroy LLC**
14 100 N. Sepulveda Blvd., Suite 1350
15 Los Angeles, CA 90245
   Telephone (415) 536-3986
16
   Mitchell M. Breit
17 (admitted *pro hac vice*)
18 Email: *mbreit@simmonsfirm.com*
   Jason 'Jay' Barnes
19 (admitted *pro hac vice*)
   Email: *jaybarnes@simmonsfirm.com*
20 Brittany A. Boswell
21 (*pro hac vice* to be sought)
   Email: *bboswell@simmonsfirm.com*
22 **Simmons Hanly Conroy LLC**
   112 Madison Avenue, 7th Floor
23 New York, NY 10016
   Telephone (212) 257-8482
24

25 Gregory F. Coleman
   (*pro hac vice* to be sought)
26 Email: *greg@gregcolemanlaw.com*
   **Greg Coleman Law PC**
27 800 S. Gay Street, Suite 1100
28 Knoxville, TN 37929
   Telephone (865) 247-0080

-1-
~~PROPOSED~~ ORDER GRANTING STIPULATION MODIFYING
BRIEFING SCHEDULE FOR MOTION TO DISMISS, ETC.
4:20-cv-02085-HSG

1  Mark P. Bryant
   (*pro hac vice* to be sought)
2  Email: mark@bryant.law
   Emily Ward Roark
3  (*pro hac vice* to be sought)
   Email: emily@bryant.law
4  **Bryant Law Center PSC**
   601 Washington Street
5  P.O. Box 1876
   Paducah, KY 42002-1876
6  Telephone (270) 442-1422
7
   Russell D. Paul
8  (*pro hac vice* to be sought)
   Email: rpaul@bm.net
9  Jeffrey L. Osterwise
10 (*pro hac vice* to be sought)
   Amey J. Park
11 (*pro hac vice* to be sought)
   Abigail J. Gertner
12 (*pro hac vice* to be sought)
13 **Berger Montague PC**
   1818 Market Street
14 Suite 3600
   Philadelphia, PA 19103
15 Telephone (215) 875-3000
16
   *Counsel for Plaintiffs*

17

18

19

20

21

22

23

24

25

26

27

28

-2-
~~PROPOSED~~ ORDER GRANTING STIPULATION MODIFYING
BRIEFING SCHEDULE FOR MOTION TO DISMISS, ETC.
4:20-cv-02085-HSG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA COLE and KAREN WERNER,** individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**VOLKSWAGEN GROUP OF AMERICA, INC.** a New Jersey Corporation, and **VOLKSWAGEN AG,** a foreign corporation<br>Defendants. | CASE NO. 4:20-cv-02085-HSG<br><br>~~PROPOSED~~ ORDER GRANTING STIPULATION MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS, AND CONTINUING MOTION HEARING, CASE MANAGEMENT CONFERENCE AND RELATED FILINGS |

The parties have stipulated to modify the briefing schedule relating to defendant Volkswagen Group of America, Inc.'s ("VWGoA") motion to dismiss Plaintiffs' Complaint, anticipated to be filed by July 31, 2020, with a hearing date to be scheduled on September 24, 2020. The parties' stipulation is GRANTED.

The opposition to said motion shall be filed by Plaintiffs no later than August 28, 2020, and VWGoA's reply to the opposition shall be filed no later than September 14, 2020.

The parties have further stipulated to continue the motion hearing date and Case Management Conference from September 3, 2020 at 2:00 P.M. to September 24, 2020 at 2:00 p.m. The parties' stipulation is GRANTED, and the filing date for Rule 26(f) Report and Joint Case Management Statement are extended accordingly.

**IT IS SO ORDERED**.

Dated: 7/1/2020

_____
Hon. Haywood S. Gilliam, Jr.
U. S. District Court Judge