1

2

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

3

4

**JESSICA COLE and KAREN WERNER,** individually and on behalf of all others similarly situated,

CASE NO. 4:20-cv-2085-HSG

5

6

Plaintiffs,

~~PROPOSED~~ ORDER GRANTING STIPULATION MODIFYING BRIEFING SCHEDULE FOR MOTION TO DISMISS, AND CONTINUING MOTION HEARING, CASE MANAGEMENT CONFERENCE AND RELATED FILINGS

7

vs.

8

**VOLKSWAGEN GROUP OF AMERICA, INC.** a New Jersey Corporation, and **VOLKSWAGEN AG,** a foreign corporation Defendants.

9

10

11

12

13     The parties have stipulated to modify the briefing schedule relating to defendant

14 Volkswagen Group of America, Inc.'s ("VWGoA") motion to dismiss Plaintiffs' Complaint,

15 anticipated to be filed by August 31, 2020, with a hearing date to be scheduled on October 29,

16 2020. The parties' stipulation is GRANTED.

17     The opposition to said motion shall be filed by Plaintiffs no later than September 28,

18 2020, and VWGoA's reply to the opposition shall be filed no later than October 14, 2020.

19     The parties have further stipulated to continue the motion hearing date and Case

20 Management Conference from September 24, 2020 at 2:00 P.M. to October 29, 2020. The

21 parties' stipulation is GRANTED, and the filing date for Rule 26(f) Report and Joint Case

22 Management Statement are extended accordingly.

23     **IT IS SO ORDERED**.

24 Dated: 7/30/2020

25                          Hon. Haywood S. Gilliam, Jr.

26                          U. S. District Court Judge

27

28